IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDWIN CASTRO BUSTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:19-cv-00388 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| KEVIN McALEENAN, *in his official capacity as Secretary of the Department of Homeland Security, et al.* | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court **GRANTS** in part and **DENIES** in part Defendants' Motion to Dismiss (Doc. No. 18). The Court **DENIES** Defendants' Motion to Dismiss brought pursuant to Fed. R. Civ. P. 12(b)(1). The Court **GRANTS** Defendants' Motion to Dismiss brought pursuant to Fed. R. Civ. P. 12(b)(6). Accordingly, the Court acknowledges that all claims in this action have been **DISMISSED** with prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE